## DARNALL *v.* McKITRICK.

1. APPEAL AND ERROR—INJUNCTION—PUBLICATION—MOOT QUESTION.
    Questions involved in suit to enjoin publication of proposed revised charter for city in a specified publication on ground the publication was not qualified under the statute to publish legal notice to voters of the city became moot upon publication pending appeal from order dismissing the bill with prejudice and dissolving the temporary injunction restraining the publication (CL 1948, § 691.611 *et seq.*).

2. SAME—INJUNCTION—DISMISSAL WITHOUT PREJUDICE.
    Proceeding to enjoin publication of proposed revised charter is dismissed without determining questions involved and without prejudice to plaintiff's taking any proceeding contesting validity of the election following the publication, where questions involved herein became moot pending appeal.

3. COSTS—DISMISSAL OF PROCEEDINGS WITHOUT PREJUDICE ON APPEAL FROM ORDER DISMISSING BILL WITH PREJUDICE.
    No costs are allowed on appeal from order dismissing bill to enjoin publication of proposed revised city charter so as to give legal notice to voters of the city with prejudice, notwithstanding dismissal on appeal is without prejudice to contesting validity of election held.

Appeal from Wayne; Marschner (Adolph F.), J. Submitted June 7, 1950. (Docket No. 26, Calendar No. 44,778.) Decided June 27, 1950.

Bill by Thomas Darnall against William S. McKitrick and others, as the Charter Commission for the

---

REFERENCES FOR POINTS IN HEADNOTES

[1, 2] 2 Am Jur, Appeal and Error, § 152; 3 Am Jur, Appeal and Error, §§ 733, 824, 1164; 14 Am Jur, Courts, § 49.
[3] 14 Am Jur, Costs, §§ 91, 96.

City of Melvindale, to enjoin publication of notice of election in the Suburban Weekly. Suburban Weekly, Inc., intervened. Bill dismissed. Plaintiff appeals. Proceedings dismissed.

*Chapman & Chapman,* for plaintiff.

*Zwerdling & Zwerdling,* for defendants.

Reid, J. Plaintiff filed his bill of complaint to enjoin the charter commission for the city of Melvindale, a Michigan municipal corporation, from proceeding with the publication of a proposed revised charter for the city in "The Suburban Weekly," as being a publication not qualified under the statute* of the State to publish legal notice to the voters of the city for their acceptance or rejection of the proposed revised charter.

On motion to dismiss the bill of complaint the lower court dismissed the bill of complaint with prejudice and dissolved the temporary injunction restraining the publication.

Pending the appeal the publication occurred and election has been held on the question of the adoption of the proposed revised charter.

The questions involved herein are moot. Without determining the questions involved and without prejudice to plaintiff's taking any proceeding contesting the validity of the election, the proceedings are dismissed, without costs.

Boyles, C. J., and North, Dethmers, Butzel, Carr, Bushnell, and Sharpe, JJ., concurred.

* See CL 1948, § 691.611 *et seq.* (Stat Ann § 27.801).—Reporter.